EDWARD R. PEARSON, ET AL. v. STATE OF NEW JERSEY AND TROOPER SELIO, ETC.

September 5, 1986.

Petition for certification denied.

IRA NEWDOW, T/A 177 NORTH DEAN v. R.J.P., IMPORTS LTD.

September 5, 1986.

Petition for certification denied.